UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BRAD CALDERON,

                             Plaintiff,

            vs.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                            Defendant.

-------------------------------------------------------------------------X

Case No.: 19-CV-06792 (JGK)

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, through his undersigned counsel, and Defendant, through its undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, including without limitation, all claims which Plaintiff has asserted or could have asserted against Defendant, and with no award of attorneys' fees or costs by the Court to any party.

*Dana G. Weisbrod*
_____
Dana G. Weisbrod
Steven J. Seidenfeld
JACKSON LEWIS P.C.
*Attorneys for Defendant*
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4000

*Michael P Hilferty*
_____
Michael Hilferty
Nina A. Ovrutsky
WHITE, HILFERTY & ALBANESE P.C.
*Attorneys for Plaintiff*
570 Lexington Avenue, 16th Floor
New York, NY 10022
(646) 380-0037

IT IS SO ORDERED this ___ day of _____ 2020:

_____
Hon. John G. Koeltl
U.S.D.J.

4852-0942-9430, v. 1